**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 3:04-CR-294-R** |
| | ) | **No. 3:06-CV-1426-R** |
| **ROBERT TROY SLADE** | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, the Court finds that the findings, conclusions, and recommendation of the United States Magistrate Judge on defendant Robert Troy Slade's ("Defendant") motion pursuant to 28 U.S.C. § 2255 are adopted and they are adopted as the findings and conclusions of the Court. Any objections to the recommendation of the Magistrate Judge to Dismiss without prejudice Defendant's § 2255 motion, stay the statute of limitations for § 2255 motions and deem any refiled motion not to be a second or subsequent § 2255 motion are **OVERRULED.**

**SO ORDERED.**

Signed this 8th day of January, 2007.

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE